

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2019

No. 04-19-00131-CV

**IN THE INTEREST OF D.M.S, A CHILD**,
Appellant

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI05918
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by May 10, 2019. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2019.

_____
Keith E. Hottle
Clerk of Court